

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Earnest J. Matthews v. Sherell Randall

Appellate case number:    01-21-00019-CV

Trial court case number:   19-DCV-264316

Trial court:              240th District Court of Fort Bend County

      Appellant Earnest J. Matthews filed a pro se appeal from the trial court's order signed December 17, 2020 dismissing his suit for want of prosecution. On June 15, 2021, Appellant filed a "Motion to Appear," seeking an evidentiary hearing before this Court. Appellant's motion is **denied**.

      It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                       Acting individually

Date:  February 15, 2022